435 A.2d 1335

Jelovich v. Jelovich, Appellant.

Argued November 11, 1980. Leonard A. Costa, Jr., for appellant; JoAnne R. Wilder, for appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.

435 A.2d 1336

Little et al., Appellants v. Pittsburgh Press Co., et al.

Submitted November 14, 1980. Frank E. Little, appellant, for himself and son; Scott E. Henderson, for Pittsburgh Press, and Lawrence Walsh appellees; Michael K. Drapkin, for Bromall, Drapkin and Simon, appellees; Howland W. Abramson, for Strassburger et al., appellees.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The order of the lower court is affirmed.

SPAETH, J., concurred in the result.